[ROBERT LOUIS JORDAN TRUST]
c/o [1640 East Regal Street], [Stockton, California Republic]
Without the UNITED STATES
SPECIAL APPEARANCE ONLY
WITHOUT PREJUDICE – ALL RIGHTS RESERVED

In the [UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA]
[Case No.: 2:25-cr-00163-DAD]

NOTICE OF COMMERCE OVERREACH AND DEMAND FOR STRICT PROOF

I, Robert-Louis: Jordan, the living man, appearing as Authorized Representative, Secured Party, and Grantor of the ROBERT LOUIS JORDAN TRUST, give Notice to all officers of this court and record:

1. The United States bears the burden to prove every essential element of the charges. This includes the claim that the alleged conduct was "in or affecting interstate [commerce]." Mere assertion is insufficient.

2. At no time have I engaged in any act of [commerce] as defined under the [Constitution]. Possession, private use, or alleged presence of property does not constitute [commerce].

3. The [Supreme Court] has ruled repeatedly that non-economic activity cannot be federalized by stretching the [Commerce Clause]. *See* [United States v. Lopez, 514 U.S. 549 (1995)]; [United States v. Morrison, 529 U.S. 598 (2000)].

4. Where statutes require that property be "used in [commerce]," mere ownership or private use is not enough. *See* [Jones v. United States, 529 U.S. 848 (2000)].

5. The government's own manuals admit they rely on a "minimal nexus" theory — yet even that requires competent proof in each case, not presumption or conclusion. *See* [United States v. Bass, 404 U.S. 336 (1971)].

6. If the government claims a firearm or other item once moved in interstate [commerce], it must produce authentic, admissible records proving the origin, manufacture, and chain of [commerce]. Assertions without foundation cannot sustain jurisdiction.

7. Absent such proof, the attempt to proceed under the banner of [commerce] is a violation of the [Constitution], a trespass upon the living man, and a dishonor to the private trust estate.

**Notice to agent is notice to principal; notice to principal is notice to agent.**
All who attempt to proceed without strict proof of [commerce] are engaged in acts of trespass, fraud, and violation against the living man and private trust estate.

**[Commerce] must be proven, not presumed. Without proof, there is no nexus. Without nexus, there is no jurisdiction. Without jurisdiction, there is no case. Let the record so reflect.**

All officers of this court, including judges, prosecutors, clerks, and agents, are hereby placed on Notice that they act in their private and personal capacity if they continue in dishonor. Liability attaches jointly and severally to all who proceed without lawful proof of interstate [commerce].

Respectfully,

By: _____     Diamondnique Denise: Jordan, P.O.A.
Robert-Louis: Jordan, Living Man, Secured Party
Authorized Representative / Grantor, ROBERT LOUIS JORDAN TRUST
Appearing specially and not generally, without consenting to the jurisdiction of this court, solely to place this Notice on the record.
All Rights Reserved. Without Recourse.



*This digital crest and private trust seal are affixed in good faith and honor, representing the same authority and intent as the living man's autograph, thumbprint, or embossed seal. Its use signifies execution within the private ecclesiastical jurisdiction of the ROBERT LOUIS JORDAN TRUST, and may not be construed as a waiver of rights or submission to any foreign or public venue.*

All Rights Reserved, Without Prejudice

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**                    **GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____

*Signature of Document Signer No. 1*            *Signature of Document Signer No. 2 (if any)*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __SAN JOAQUIN__

Subscribed and sworn to (or affirmed) before me
on this __25TH__ day of __SEPTEMBER__, 20__25__,
by         Date              Month            Year
(1) __DIAMONDNIQUE D. JORDAN__

[Notary Seal: MAGGIE SY, Notary Public - California, San Joaquin County, Commission # 2459545, My Comm. Expires Sep 13, 2027]

(and (2) _____ ),
                    *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
              *Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

────────────── **OPTIONAL** ──────────────
*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __NOTICE OF COMMERCIAL OVERREACH__

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

M1304-08 (09/19)